E-FILED: 10/8/10

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Viviana Eslava, et al.,** | CASE NO. CV 09-7458-GHK (VBKx) |
| **Plaintiffs,** | |
| v. | **JUDGMENT** |
| **CitiMortgage, Inc., et al.,** | |
| **Defendants.** | |

Based on the March 29, 2010 Notice of Dismissal, Plaintiffs' Viviana Eslava, Eva Gonzalez, and Constantino Molina's (collectively, "Plaintiffs") action is **DISMISSED with prejudice** as to Defendant NDEx West LLC.

**IT IS HEREBY ADJUDGED** that Plaintiffs shall have judgment against Defendants Leonardo Palmer, Apex Mortgage Group, Inc., and William Joanou (collectively, "Defendants") in the amount of $58,194 in economic damages, as set forth in our July 29, 2010 Order. **IT IS FURTHER ADJUDGED** that Plaintiff Vivana Eslava shall have

1  judgment against Defendants in the additional amount of $50,000 in non-economic
2  damages, as set forth in our October 7, 2010 Order.

4  **IT IS SO ORDERED**.

6  DATED: October 8, 2010

```
                              _____
                                     GEORGE H. KING
                                 United States District Judge
```

2